# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, APRIL TERM, 1892.

Charles Robinson, Appellant, v. Hugh J. Jewett, as Receiver, etc., Respondent.—Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Ingraham, J.

Florence May Lane and others, Infants, etc., Respondents, v. Franklin Moss and others, as Executors, etc., Appellants, Impleaded, etc.—Judgment affirmed, with costs, with leave to defendant to withdraw the demurrer and answer over on payment of costs in this court and court below. Opinions by Ingraham, J., and Van Brunt, P. J.

Jacob Rauth, Respondent, v. William B. Davenport, as Executor, etc., Appellant.— Order and so much of judgment appealed from reversed, without costs. Opinion by O'Brien, J.

John A. Nichols, Respondent, v. The Scranton Steel Company, Appellant. — Judgment affirmed, with costs. Opinion by O'Brien, J.; dissenting opinion by Van Brunt, P. J.

Edgar Saltus, Respondent, v. Belford Company, Appellant.— Order affirmed, with costs. Opinion by Van Brunt, P. J.

James I. Raymond, Appellant, v. Michael Ganss and others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Alexander Gribbon, Appellant, v. Michael Ganss and others, Respondents,— Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Michael Valentine, Appellant, v. Wilhelmina Juch, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

The People of the State of New York ex rel. James W. Ketcham, Appellant, v. The Excise Commissioners of the City of New York, Respondents.— Order affirmed on the opinion of the court below, with costs. Opinion Per Curiam.

Joseph F. Buckley and others, Appellants, v. Mary Buckley and others, Respondents. --

Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of Ladislas Karge.— Order affirmed, with costs. Opinion Per Curiam.

The People of the State of New York ex rel. George Le Boutillier, Appellant, v. Thomas F. Gilroy, Commissioner, etc., Respondent —Order modified as to movables within street lines and affirmed as to stoop and area.

In the Matter of the Petition of Julia Blewitt, etc.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of the Application of the Mayor, etc., in respect to land between Thirty-fourth and Thirty-fifth streets.— Order affirmed.

In the Matter of the Application of the Mayor, etc., in respect to land between Thirty-fifth and Thirty-sixth streets.— Order affirmed.

In the Matter of Opening Lexington Avenue. In re John Schreyer.— Order affirmed, with costs. Opinion by Van Brunt, P. J.

The Bank of Pittsburgh, Respondent, v. Charles C. Murphy, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinion Per Curiam.

Bernard Schwerin, Appellant, v. New York Elevated Railway Company and others, Respondents. — Order reversed, with ten dollars costs and disbursements.

Henry W. Peabody, Respondent, v. Emero Cortada and others, Appellants. — Order modified as directed by opinion, and as modified affirmed, without costs. Opinion by Van Brunt, P. J.

In the Matter of Catharine R. Smyley and others. — Reargument ordered.

James W. Halloway, Respondent, v. Charles F. Southmayd, Appellant. —Judgment reversed and new trial ordered with costs to the appellant to abide the event. Opinion by Ingraham, J.

James W. Halloway, Respondent, v. Charles F. Southmayd, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Ingraham, J.

## FOURTH DEPARTMENT, APRIL TERM, 1892.

J. Henry Hallock, Respondent, v. Etta D. Bacon and another, Executors, etc., Appellants. — Judgment modified by striking therefrom the costs (other than the disbursements), and as so modified affirmed, with costs of the appeal to the respondent. Opinion by Hardin, P. J.

William Furlong, Respondent, v. Agricultural Insurance Company, Appellant. — Judgment and order reversed upon the law and facts and a new trial ordered, with costs to abide the event Opinion by Merwin, J.; Hardin, P. J., not sitting

Caroline Leach and others, Executors, etc., Appellants, v. John Newell Vining and others, Respondents.—Judgment modified by reducing the recovery, as stated in the judgment, from

the sum of $302.13 to the sum of $254.25, and as modified affirmed, without costs of this appeal to either party. Opinion by Merwin, J.

Martha E Seymour, Respondent, v. The Spring Forest Cemetery Association and others, Appellants. — Motion denied, order settling the interlocutory judgment, and the interlocutory judgment modified in accordance with the opinion, and as modified affirmed, with costs of this appeal. Opinion by Hardin, P. J.; Martin, J., not sitting.

Andrewette La Tourette and others, Respondents, v. Angeline Decker, Appellant.—Judgment affirmed, with costs. Opinion by Martin, J.

Harry W. Link, by Guardian, Respondent, v. Jay W. Sheldon and others, Appellants. —